1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9    Arthur Miller,                                No. CV-22-00848-PHX-SMB
10                    Plaintiff,                    **ORDER OF DISMISSAL WITH PREJUDICE**
11   v.
12   United Parcel Service Incorporated, et al.,
13                    Defendants.
14
15        Pursuant to the Joint Stipulation to Dismiss all Claims with Prejudice (Doc. 63)
16   and good cause appearing,
17        **IT IS HEREBY ORDERED** dismissing all claims in this matter with prejudice.
18        Dated this 7th day of May, 2024.
19
20
21   _____
     Honorable Susan M. Brnovich
22   United States District Judge
23
24
25
26
27
28